## Commonwealth ex rel. Mitchell, Appellant, *v.* Myers.

Submitted December 8, 1958. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*Milton Mitchell,* appellant, in propria persona.

*Domenick Vitullo, Juanita Kidd Stout,* Assistant Districts Attorneys, *James N. Lafferty,* First Assistant District Attorney, and *Victor H. Blanc,* District Attorney, for appellee.

OPINION PER CURIAM, March 18, 1959:
The order of the court below dismissing relator's petition for a writ of habeas corpus is affirmed on the opinion of Judge SLOANE of the Court of Common Pleas No. 7 of Philadelphia County, as reported in 16 Pa. D. & C. 2d 253.